# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

July 12, 2024

***Via Electronic Filing***
Clerk of the Court
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

## <u>MEMO ENDORSED</u>

Re:    *Cheikh Amme et al v. Alsayedi et al*
<u>Case No.: 1:24-cv-05077</u>

Dear Clerk:

This law firm represents Plaintiffs Anais Rivera, Catherine Karnoff, Chloe Lyttles, Meghan Sever, and Richmond Jeffrey (collectively, the "Plaintiffs") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an entry by the Court, directing the Clerk of Court to authorize a refund to the undersigned law firm, in the amount of $405.

The basis of this request is that the undersigned law firm filed the initial Complaint in the wrong district, on or around July 3, 2024.

A true and correct copy of the filing receipts, for each of the filing fees, are annexed hereto.

In light of the foregoing, it is respectfully requested that the Court direct the Clerk of Court to authorize a refund to the undersigned law firm, in the amount of $405.

Thank you, in advance, for your time and attention to this matter.

The foregoing request is granted. The Clerk of Court is respectfully directed to return the $405.00 filing fee to Plaintiffs' counsel. SO ORDERED.

Date: 7/22/2024

/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     60 East 42nd Street, Suite 4700
     New York, New York 10165
     Tel. No.:  (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiffs*

VIA ECF: All Counsel